IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY | : : : | CIVIL ACTION |
| v. | : : | NO. 15-cv-04365-RAL |
| KAREN SKOROCHOD, et al. | : | |

**ORDER**

I have considered the defendants' motion to compel a deposition of the plaintiff's claims adjustor, Doc. No. 32, the plaintiff's opposition, Doc. No. 33, and the defendants' reply, Doc. No. 35. For reasons explained in my memorandum opinion filed with this Order, it is on this 29th day of March, 2017

**ORDERED**

As follows:

    1.    Defendants' motion (Doc. No. 32) is **DENIED.**

    2.    On or before April 7, 2017 the plaintiff will produce to the defendants a disclosure statement that

        A.    identifies each witness statement that it (or any of its insureds, or its representatives, or its insureds' representatives) has taken during the course of its investigation and in preparation for trial in this matter and in the related state case.

        B.    For each such statement, plaintiff must supply the date the statement was taken, the name of the investigator who took the statement, the name of the witness who gave the statement, and the general subject matter of the statement.

        C.    For each such statement, the plaintiff must also describe any privilege, such as the attorney-client privilege, or the attorney work-product doctrine,

that shields the document from disclosure. The plaintiff's disclosure document shall comply with Fed. R. Civ. Pro. 26(b)(5).

                **BY THE COURT:**


                *s/Richard A. Lloret*_____
                **RICHARD A. LLORET**
                **UNITED STATES MAGISTRATE JUDGE**