# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY | : : | |
| Plaintiff, | : : | CIVIL ACTION |
| v. | : : | |
| KAREN SKOROCHOD, et al. | : : | NO. 15-cv-04365-RAL |
| Defendants. | : | |

## ORDER DENYING SUMMARY JUDGMENT, AND TO SHOW CAUSE

For reasons explained in the Memorandum Opinion accompanying this Order, it is on this 19th day of January, 2018

### ORDERED

As follows:

1. The cross-motions for summary judgment (Doc. Nos. 47 and 48) are **denied**;

2. The parties are **ordered to show cause**, on or before January 26, 2018, why summary judgment should not be entered in favor of the defendants, Karen Skorochod and Anthony Skorochod, declaring that plaintiff has a duty to defend them in the underlying tort action in Northampton County, Pennsylvania.

BY THE COURT:

s/ *Richard A. Lloret*
**RICHARD A. LLORET**
**U.S. MAGISTRATE JUDGE**